NS/md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA,

vs.

FRANCISCO CONVIT GURUCEAGA, et al,

    Defendant.
_____/

## NOTICE OF FILING RECORDED NOTICES OF LIS PENDENS

    The United States of America hereby gives of Notice of Filing Recorded Notices of Lis Pendens regarding forfeiture for real properties related to criminal forfeiture in the above-captioned case. See attachments.

                                      Respectfully submitted,

                                      BENJAMIN G. GREENBERG
                                      UNITED STATES ATTORNEY

                  By:    s/ Nalina Sombuntham
                          Nalina Sombuntham
                          Assistant United States Attorney
                          Fla. Bar No. 96139
                          99 N.E. 4th Street, 7th Floor
                          Miami, Florida  33132-2111
                          Telephone:  (305) 961-9224
                          Facsimile:   (305) 536-7599
                          nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on August 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                       s/ Nalina Sombuntham
                                       Nalina Sombuntham
                                       Assistant United States Attorney

CFN 2018R0501407
OR BK 31105 Pgs 258-259 (2Pgs)
RECORDED 08/17/2018 11:44:44
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

NS:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA,

v.

FRANCISCO CONVIT GURUCEAGA, et al.

       Defendants.

_____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S):** Olympia De Castro and Gustavo Hernandez Frieri as co trustees of the 597 Hibiscus Lane Revocable Trust U/A/D December 10, 2013.

**TO:** **ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that, on August 16, 2018, the United States of America filed an Indictment in the United States District Court for the Southern District of Florida in the foregoing action.

Pursuant to 21 U.S.C. § 853(p), the United States of America is seeking to forfeit the following real property located at 597 Hibiscus Lane, Miami, Florida 33137, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, which is more particularly described as:

> Lot 5, Block 9, of Bay Point, according to the plat thereof as recorded in Plat Book 40, Page(s) 63, Public Records of Miami-Dade County, Florida.

Title 21, United States Code, Section 853(k) states that no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court for the Southern District of Florida in Miami, Florida.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: *s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile: (305) 536-7599
nalina.sombuntham2@usdoj.gov

This instrument was
prepared by:

Nalina Sombuntham
Assistant United States Attorney

NS:md

```
CFN  2018R0501408
OR BK 31105 Pgs 260-261 (2Pgs)
RECORDED 08/17/2018 11:44:44
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-20685-CR-KMW

UNITED STATES OF AMERICA,

v.

FRANCISCO CONVIT GURUCEAGA , et al.

Defendants.
_____/

### NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S):** Sky Investment and Field Construction, Corp., a Florida corporation

**TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that, on August 16, 2018, the United States of America filed an Indictment in the United States District Court for the Southern District of Florida in the foregoing action.

Pursuant to 21 U.S.C. § 853(p), the United States of America is seeking to forfeit the following real property located at 194 Isla Dorada Boulevard, Coral Gables, Florida 33143, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, which is more particularly described as:

> Lot 8 Block 15, Cocoplum Section Two Plat "C", according to the Plat thereof as recorded in Plat Book 117 at Page 65, of the Public Records of Miami-Dade County, Florida.

Parcel Identification Number: 03-4132-026-0080.

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

Title 21, United States Code, Section 853(k) states that no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court for the Southern District of Florida in Miami, Florida.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: *s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile: (305) 536-7599
nalina.sombuntham2@usdoj.gov

This instrument was
prepared by:

Nalina Sombuntham
Assistant United States Attorney

NS:md

```
CFN  2018R0501409
OR BK 31105 Pgs 262-263  (2Pgs)
RECORDED 08/17/2018 11:44:44
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA,

v.

FRANCISCO CONVIT GURUCEAGA, et al.

     Defendants.
_____ /

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S):** BRITESTAR WORLDWIDE LIMITED, CORP. a Florida corporation.

**TO:** **ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that, on August 16, 2018, the United States of America filed an Indictment in the United States District Court for the Southern District of Florida in the foregoing action.

Pursuant to 21 U.S.C. § 853(p), the United States of America is seeking to forfeit the following real property located at 6905 Prado Boulevard, Coral Gables, Florida 33143, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, which is more particularly described as:

> Lot 3 Block 19, of COCOPLUM SECTION TWO PLAT "D", according to the Plat thereof, as recorded in Plat Book 128, at Page 99, of the Public Records of Miami-Dade County, Florida.

Parcel Identification Number: 03-4132-028-0010.

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

Title 21, United States Code, Section 853(k) states that no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court for the Southern District of Florida in Miami, Florida.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: *s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile: (305) 536-7599
nalina.sombuntham2@usdoj.gov

This instrument was
prepared by:

Nalina Sombuntham
Assistant United States Attorney

2

```
CFN  2018R0501410
OR BK 31105 Pgs 264-265 (2Pgs)
RECORDED 08/17/2018 11:44:44
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

NS:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA,

v.

FRANCISCO CONVIT GURUCEAGA, et al.

        Defendants.
_____ /

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S):** BRITESTAR WORLDWIDE LIMITED, CORP. a Florida Limited Liability Company.

**TO:**     ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that, on August 16, 2018, the United States of America filed an Indictment in the United States District Court for the Southern District of Florida in the foregoing action.

Pursuant to 21 U.S.C. § 853(p), the United States of America is seeking to forfeit the following real property located at 655 Casuarina Concourse, Coral Gables, Florida 33143, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, which is more particularly described as:

> Lot 20, Block 1, COCOPLUM SECTION ONE, according to the map or plat thereof, as recorded in Plat Book 99, Page(s) 39, of the Public Records of Miami-Dade County, Florida.

AKA: 655 Casuarina Concourse, Coral Gables, FL 33143.

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

Title 21, United States Code, Section 853(k) states that no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court for the Southern District of Florida in Miami, Florida.

                Respectfully submitted,

                BENJAMIN G. GREENBERG
                UNITED STATES ATTORNEY

By:  *s/ Nalina Sombuntham*
     Nalina Sombuntham
     Assistant United States Attorney
     Fla. Bar No. 96139
     99 N.E. 4th Street, 7th Floor
     Miami, Florida 33132-2111
     Telephone: (305) 961-9224
     Facsimile: (305) 536-7599
     nalina.sombuntham2@usdoj.gov

This instrument was
prepared by:

Nalina Sombuntham
Assistant United States Attorney