UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA

v.

FRANCISCO CONVIT GURUCEAG
JOSE VINCENTE AMPARAN CROQUER,
    *a.k.a., Chente*
CARMELO ANTONJO URDANETA AQUI,
ABRAHAM EDGARDO ORTEGA,
GUSTAVO ADOLFO HERNANDEZ FRIERI,
HUGO ANDRE RAMALHO GOIS,
MARCELO FEDERICO GUTIERREZ ACOSTA YLARA, and
MARIO ENRIQUE BONILLA VALLERA ,

    **Defendants.**
_____/

## ORDER GRANTING UNOPPOSED MOTION MODIFYING AMENDED PROTECTIVE ORDER FOR ASSETS SUBJECT TO FORFEITURE

THE CAUSE is before the Court upon the unopposed application of the third party, DOMAINE SELECT WINE & SPIRITS, LLC for entry of an order modifying this Court's Amended Protective Order for Assets Subject to Forfeiture (DE # 60). Being fully advised in the premises and for good cause shown thereby, the motion is **GRANTED**, and it is hereby,

**ORDERED** that the Amended Protective Order for Assets Subject to Forfeiture is modified to permit Domaine Select Wine & Spirits LLC, to issue Series B convertible notes.

1

**SO ORDERED** this \_\_11th\_\_ day of January 2019, in Chambers at Miami, Florida

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record