UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA

v.

FRANCISCO CONVIT GURUCEAGA, et al.,

Defendants.

**AMENDED SECOND PROTECTIVE ORDER FOR
<u>ASSET SUBJECT TO FORFEITURE</u>**

THIS CAUSE is before the Court upon Third-Party Petitioner Cristobal3 Partners, LLC's ("Cristobal3") Motion for Relief from Second Protective Order Subject to Forfeiture To Permit Sale of M/Y Blue Ice ("Motion") [ECF No. 498], which seeks to lift the Second Protective Order for Asset Subject to Forfeiture ("Second Protective Order") [ECF No. 126]. Being fully advised in the premises and based on the Motion and the United States' Response, the Court finds that the interlocutory sale of the M/Y Blue Ice, which is more fully described as a 1999 135-foot Baglietto yacht, official number 40146 registered in St. Vincent and the Grenadines (hereafter, the "Subject Vessel"), would preserve its value.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**, in part, and Cristobal3, including its respective agents, representatives, servants, employees, and attorneys, is **AUTHORIZED** to sell the Subject Vessel in an arms-length transaction for fair market value.

2. In accordance with Federal Rule of Criminal Procedure 32.2(b)(7) and Supplemental Rule G(7)(iv), the sale proceeds of the Subject Vessel are a substitute *res* subject to

forfeiture in place of the Subject Vessel when sold. Upon interlocutory sale of the Subject Vessel, Cristobal 3 is **DIRECTED** to transfer the sale proceeds to the United States for maintenance in an interest-bearing account.

3. The Motion is **DENIED**, in part, to the extent it requests the lifting of the Second Protective Order [ECF No. 196]. Until the interlocutory sale of the Subject Vessel, Cristobal3, including its respective agents, representatives, servants, employees, and attorneys, or other persons or entities holding or with custody of the Subject Vessel, are **ENJOINED AND RESTRAINED** from participating in the dissipation or removal from the jurisdiction of this Court the Subject Vessel, or any assets traceable thereto, without prior approval of the Court and upon notice to the United States and an opportunity to be heard. Cristobal3 should continue to maintain and care for the Subject Vessel pending its sale.

4. This Order shall remain in full force and effect until further order of this Court.

**SO ORDERED** this 16th day of November 2021 in Chambers at Miami, Florida.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE